UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

DEC 02 2016

In re:                                    Case No. 13-40699-LMI

RAY LOZANO and,
YVETTE LOZANO                             Chapter 7

_____Debtors_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Internal Revenue Service, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $7,006.29, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Internal Revenue Service. Applicant further states that:

1.      (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

  X   Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy

Page 1 of 3

LF-27 (rev. 12/01/15)

Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse

and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: __11-10-16__

__Internal Revenue Service__
Name Under Which Funds Were Deposited

__9-1__
Claim Number

__Internal Revenue Service__
Name of Party on Whose Behalf Application Was Filed*

Address: __P.O. Box 7317__

__Philadelphia, PA 19101-7317__

_Sh_ _D_ _M_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# __N/A__

Tax ID (EIN #)_____ __N/A__

__Shane D. Mara, IRS Insolvency__
__Group Manager, Territory 3, Group 6__
Print Name and Title of Applicant

__Internal Revenue Service__
Print Company Name
__1835 Assembly St, MDP 39__
Print Street Address

__Columbia, SC 29201__
Print City and State

__(803) 312-7827__
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on __11/10/2016__

_Anne M. Arata_
NOTARY PUBLIC, AT LARGE
STATE OF __South Carolina__

Page 3 of 3

LF-27 (rev. 12/01/15)





**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Case No. 13-40699-LMI
Chapter 7

**RAY LOZANO**
SS #XXX-XX-5465
**YVETTE LOZANO**
SS #XXX-XX-5808

_____Debtor(s)_____ /

**NOTICE OF DEPOSIT OF FUNDS**

Notice is hereby given that:

(X)    The trustee has a balance of $7,006.29 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )    The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 30th day of June, 2016, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

Drew M. Dillworth, Trustee
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
Telephone: (305) 789-3598
Fax: (305) 789-3395

**LOZANO, RAY**
**13-40699-LMI**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
|  | DEPARTMENT OF THE TREASURY<br>P.O.Box 21126<br>Philadelphia, PA 19114-0326 | $85.95 |
| 9 | DEPARTMENT OF THE TREASURY<br>P.O.Box 21126<br>Philadelphia, PA 19114-0326 | $6,920.34 |

**13-40699 LMI**
**DIMINIMUS FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

*99 N.E. 4 Street, Suite 300*
*Miami, FL 33132*
*(305) 961-9310 - Telephone*
*(305) 530-7139 - Facsimile*

November 29, 2016

United States Bankruptcy Court
C. Clyde Atkins Building
301 N. Miami Avenue, Room 150
Miami, Florida 33128

Re:  Application for an Order Releasing Unclaimed Funds
     Case No. 13-40699-LMI

Dear Sir or Madam:

Attached please find the application to the U.S. Bankruptcy Court, Southern District of Florida for the release of the unclaimed monies due to Internal Revenue Service in the aggregate amount of $7,006.29 under the case number 13-40699-LMI.

If you have any questions or require any further information, please contact me at (305) 961-9310.

Thank you for your assistance with this matter.

Very truly yours,

**WIFREDO A. FERRER**
**UNITED STATES ATTORNEY**

By: _____
Matthew I. Rochman
Assistant U.S. Attorney

MR:sp
Enclosure